# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00826-CV

**In re Johnathan Johnson**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Johnathan Johnson filed a petition for writ of habeas corpus presenting complaints of excessive bond and bond increase. Johnson's petition does not challenge any trial court order.

This Court lacks jurisdiction to conduct an original habeas corpus proceeding to reduce a bail bond. *See* Tex. Const. art. V, §§ 5, 6; *Ex parte Enriquez*, 2.S.W.3d 362, 363 n.1 (Tex. App.—Waco 1999, orig. proceeding).

Accordingly, we dismiss Johnson's petition for want of jurisdiction.

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   January 16, 2014